No. 90–7104.   TETER *v.* JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 90–7159.   HARRIS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7190.   SMITH *v.* NEW MEXICO.   C. A. 10th Cir.   Certiorari denied.

No. 90–7200.   DE LA CERDA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 90–7272.   PRESTON ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–7273.   MERRITT *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 90–7334.   TREECE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7458.   MARTINEZ-ALVARADO *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 90–7500.   BRUNO *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 90–7584.   CANO *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 90–7612.   FARRELL *v.* O'BANNON ET AL.   C. A. 7th Cir. Certiorari denied.

No. 90–7617.   BROWN *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 90–7618.   WILLIAMS ET AL. *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 90–7622.   WHITTEN *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 90–7624.   SADDLER *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.